Steven L. Martin, Esq., SBN 077315
LAW OFFICES OF STEVEN L. MARTIN
11400 West Olympic Boulevard, Suite 1150
Los Angeles, California 90064
Telephone:  (310) 479-2345
Facsimile:  (310) 479-2346

Attorneys for Plaintiffs,
DEBORAH PERCIBALLI and LOUIS NIETO JR.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH PERCIBALLI, et al. | U.S.D.C. Case No. **SACV 08-01168 JVS (ANx)** |
| Plaintiffs, | |
| v. | **ORDER RE COERCIVE CONTEMPT SANCTIONS** |
| HENRY L. NG, an Individual, et al. | |
| Defendants. | |

Having reviewed Plaintiffs' Ex Parte Application for Issuance of Coercive Contempt Sanctions, Including Issuance of Warrant for Arrest of Thomas F. Kabisch ("Kabisch"), and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED AND FOUND that:

The Court has previously imposed monetary sanctions on Kabisch, having found him in contempt for his failure to comply with this Court's Orders to present himself for deposition.  (<u>See</u> Docket Nos. 124, 140, 151, 154.)  Those sanctions have proven ineffective because Kabisch has simply ignored the Orders to appear and failed to pay the monetary sanctions.

1  Kabisch is ordered to show cause in person on March 18, 2013 at 9:00 a.m.
2  in Courtroom 10C, 411 W. 4th Street, Santa Ana, California why the Court
3  should not issue a warrant for his arrest and incarceration until he complies with
4  the Court's Orders to give his deposition in this matter. Any written response to
5  this Order to Show Cause shall be filed no later than March 11, 2013.

7  Proof of service of this Order shall be filed not later than March 11, 2013.

11  Dated: February 28, 2013
                                        _____
                                           Hon. James V. Selna
12                                      Judge of the United States District Court

2
**ORDER RE COERCIVE CONTEMPT SANCTIONS**