# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 08-1168 JVS | Date  October 5, 2016 |
| Title  Deborah Perciballi, et al. V. Henry L. Ng, et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                                          Not Present

**Proceedings:**   (In Chambers)   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

    On September 14, 2016, the Court DIRECTED Plaintiff's Counsel to file a Status Report in this matter not later than September 26, 2016. As of today the Court has not received a the requested status report.

    The Court hereby orders the plaintiff to show cause (OSC), in writing, not later than October 19, 2016, why this action should not be dismissed for failure to prosecute. The Court will consider filing of the indicated status report, on or before October 19, 2016 as an appropriate response to this OSC.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | kjt |