Steven L. Martin, Esq., SBN 077315
LAW OFFICES OF STEVEN L. MARTIN
11900 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone:  (310) 479-2345
Facsimile:   (310) 479-2346

Attorneys for Plaintiffs, DEBORAH PERCIBALLI and LOUIS NIETO, JR., Co-Executors of the Estate of Richard Nieto

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH PERCIBALLI and LOUIS NIETO, JR., Co-Executors of the Estate of Richard Nieto,<br><br>    Plaintiffs,<br><br>    v.<br><br>HENRY L. NG, an individual, et al.,<br><br>    Defendants. | U.S.D.C. Case No. **SACV 08-01168 JVS (ANx)**<br><br>**DEFAULT JUDGMENT BY COURT**<br><br>**DEPT: 10C** |

Nominal Defendant Michele April having failed to appear, plead or otherwise defend this action, and her default having been entered on December 6, 2010 **(CM/ECF Document 118)**; and her haviong failed to pay monetary sanctions awarded to Plaintiffs and against her by the Court's order of June 6, 2011 **(CM/ECF Document 124); and** counsel for Plaintiffs having requested judgment against the defaulted defendants and having filed proper a Application and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

/ / /

**PLAINTIFFS ARE HEREBY GRANTED JUDGMENT** against Michele April, as and unpaid sanctions ordered by the Court against her in the sum of $23,212.69.

Plaintiffs shall have interest on this Judgment at the legal rate until the Judgment is satisfied.

Dated: June 27, 2017

_____
James V. Selna
Judge of the United States District Court